STATE v. PREVETTE

No. 45 PC.

Case below: 39 N.C. App. 470.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 April 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 April 1979.

STATE v. RAY

No. 2 PC.

Case below: 39 N.C. App. 260.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 April 1979.

STATE v. RUDOLPH

No. 25 PC.

Case below: 39 N.C. App. 293.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 April 1979.

STATE v. SMITH

No. 48 PC.

Case below: 39 N.C. App. 11.

Application by defendant for further review denied 4 April 1979.

STATE v. STARR

No. 52 PC.

Case below: 32 N.C. App. 398.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 April 1979.